

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DEBORAH PASCUAL,<br><br>Defendant - Appellant. | No. 05-10493<br>D.C. No. CR-03-00254-SOM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED**.

Filed and entered 09/14/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 0 6 2006

by: _____
Deputy Clerk