February 9, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 0 5 2007
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00254-SOM
**Appeal Number:** 05-10493
**Short Title:** USA v. Pascual

|  | Volumes |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 |  |  | 0 | Certified Copy(ies) |  |  |  |
| Reporters Transcripts in: | 4 |  |  |  |  |  |  |  |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|  | 0 | Other |  |  |  |  |  |  |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|  | 0 | Other |  |  |  |  |  |  |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: November 28, 2005

To: United States Court of Appeals    Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                    (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103      ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CR 03-00254SOM      Appeal No:    05-10493

Short Title:    USA vs. Pascual

Clerk's Files in    1    volumes (✓) original ( ) certified copy

Bulky docs        volumes (folders) docket #

Reporter's Transcripts    4    volumes (✓) original ( ) certified copy

Exhibits            volumes ( ) under seal

                   boxes ( ) under seal

FILED NOV 29 2005 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS

Other:
-certified copy of docket sheet
-

Acknowledgment: _____ Date: _____

cc: all parties of record